1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | LLOYD FARNHAM (CABN 202231)
NOAH STERN (CABN 297476)

5 | Assistant United States Attorneys

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7 | Telephone: (415) 436-7200
FAX: (415) 436-7234

8 | Lloyd.Farnham @ usdoj.gov
Noah.Stern @ usdoj.gov

9

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 22-00227-JD |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE |
| v. | ) |
| SHAUKAT SHAMIM, | ) Trial Date:    October 15, 2024 |
| Defendant. | ) Pretrial Conf.:    September 26, 2024 |

The parties in this matter have conferred propose the following pretrial schedule:

| | |
|---|---|
| August 15, 2024 | Expert disclosures pursuant to Rule 16 |
| August 15, 2024 | Rule 404(b) disclosures, deadline for the production of Rule 16 discovery, parties exchange preliminary witness list and exhibit list |
| August 29, 2024 | Deadline to file Motions in Limine, parties file proposed additions to jury questionnaires |
| September 12, 2024 | Responses to Motions in Limine due, deadline to file Pretrial Conference Statement, parties file joint and disputed proposed jury instructions, parties file witness lists and exhibit lists, disclosure of Jencks material |

STIPULATED PRETRIAL SCHEDULE
Case No. CR 22-00227 JD                1

| | | |
|---|---|---|
| | September 26, 2024 | Pretrial Conference (previously ordered by the Court) |
| | October 15, 2024 | Jury Trial (previously ordered by the Court) |

SO STIPULATED

DATED: July 26, 2024
                                            Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/
LLOYD FARNHAM
NOAH STERN
Assistant United States Attorneys

/s/
DAVID RIZK
Counsel for Defendant SHAUKAT SHAMIM

## [PROPOSED] ORDER

Based on the stipulation of the parties and good cause shown, the Court orders the following pretrial deadlines and schedule:

| | | |
|---|---|---|
| | August 15, 2024 | Expert disclosures pursuant to Rule 16 |
| | August 15, 2024 | Rule 404(b) disclosures, deadline for the production of Rule 16 discovery, parties exchange preliminary witness list and exhibit list |
| | August 29, 2024 | Deadline to file Motions in Limine, parties file proposed additions to jury questionnaires |
| | September 12, 2024 | Responses to Motions in Limine due, deadline to file Pretrial Conference Statement, parties file joint and disputed proposed jury instructions, parties file witness lists and exhibit lists, disclosure of Jencks material |

IT IS SO ORDERED.

DATED: __July 29, 2024__
                                            HONORABLE JAMES DONATO
United States District Judge