ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
NOAH STERN (CABN 297476)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Lloyd.Farnham @ usdoj.gov
    Noah.Stern @ usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 22-00227-JD |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO SCHEDULE CHANGE OF PLEA HEARING |
| v. | ) |
| SHAUKAT SHAMIM, | ) Trial Date:   October 15, 2024 |
| Defendant. | ) |

    The parties have agreed to a resolution of the above captioned case and hereby stipulate and request that a change of plea hearing be scheduled for September 9, 2024 at 10:30 a.m.

///

STIPULATION FOR CHANGE OF PLEA HEARING
Case No. CR 22-00227 JD            1

Trial is currently scheduled for October 15, 2024. The government requests that the trial date remain on calendar until the defendant enters his guilty plea.

SO STIPULATED

DATED: August 27, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
LLOYD FARNHAM
NOAH STERN
Assistant United States Attorneys

_____/s/_____
DAVID RIZK
Counsel for Defendant SHAUKAT SHAMIM

[PROPOSED] ORDER

Based on the stipulation of the parties, the Court hereby schedules a change of plea hearing for September 16, 2024 at 10:30 a.m.

DATED: September 4, 2024

_____
HONORABLE JAMES DONATO
United States District Judge